BRISCOE, Chief Judge,
concurring.
I concur in the result. I join in the majority opinion, except for the discussion of United States v. Rodriguez-Enriquez, 518 F.3d 1191 (10th Cir.2008), and People v. Shatm, 107 P.3d 1033 (Colo.Ct.App. 2004), at pp. 1231-33. I would conclude simply that we are bound by our prior ruling in United States v. Herron, 432 F.3d 1127 (10th Cir.2005), which squarely *1241 addresses the issue of whether Colorado felony menacing is a crime of violence. See United States v. Edward J., 224 F.3d 1216, 1220 (10th Cir.2000) (“Under the doctrine of stare decisis, [a] panel cannot overturn the decision of another panel of this court barring en banc reconsideration, a superseding contrary Supreme Court decision, or authorization of all currently active judges on the court.” (internal quotation omitted)).